# Exhibit A

# FORECLOSURE DEED

## UNDER POWER OF SALE IN MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, Wells Fargo Bank, N.A., holder of that mortgage from Sandra A. Sanchez to Mortgage Electronic Registration Systems, Inc., as nominee for First Home Mortgage Corporation ("the Mortgage") dated March 30, 2012 recorded in the North Providence Land Evidence Records in Book 2777 at Page 258, et seq., by the power conferred by said Mortgage and by every other power it thereunto enabling, for consideration paid in the amount of **ONE HUNDRED FORTY-SEVEN THOUSAND NINE HUNDRED AND 00/100 DOLLARS ($147,900.00)** grants to Wells Fargo Bank, N.A., whose address is 1 Home Campus, Des Moines, IA 50328, the following described property:

SEE EXHIBIT "A" ATTACHED HERETO

This transfer is such that no withholding is required under R.I.G.L. 44-30-71.3 as there were no proceeds as a result of this foreclosure subject to said withholding.

This conveyance is exempt from the provisions of the Rhode Island Life Safety Code (RILSC) pursuant to RILSC 24.6.3.1.4.1(5) and 25.2.2.4.1(5), as the property is being transferred pursuant to a foreclosure sale and no smoke detector and carbon monoxide detector certification is required.

IN WITNESS WHEREOF, Wells Fargo Bank, N.A. has caused these presents to be executed by its duly authorized officer, who hereunto set his/her hand as such officer and affixed its corporate seal this 4th day of April, 2014.

Property address:    42 Top Hill Road, North Providence, RI 02904

12-17717

Wells Fargo Bank, N.A.

By: _____
Wells Fargo Bank, N.A., by Joseph M. Dolben, Esq., its attorney in fact

*For signing authority, please see POA recorded herewith

STATE OF <u>RHODE ISLAND</u>

COUNTY OF <u>KENT</u>

Before me, a Notary Public in and for said County and State, personally appeared Joseph M. Dolben, Esq., as attorney-in-fact for Wells Fargo Bank, N.A., who acknowledged the execution of the foregoing Foreclosure Deed for and on behalf of said Grantor, and who having been first duly sworn, stated that the representations therein contained are true.

Witness my hand and Notarial Seal this ___4th___ day of __April__, 2014.

Signature:
_____
Printed:
_____
Notary Public
My commission expires:

GREGORY BOTELHO
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES
12/8/2016

DOC NO: 00008575
BOOK 2932 PAGE 199

12-17717

# EXHIBIT "A"

Those four certain lots or parcels of land with all the buildings and improvements thereon, situate on Brown Avenue and on Clarence Street in the Town of North Providence, State of Rhode Island, laid out and designated as Lots No. 16, 17, 41 and the northerly twenty (20) feet in width by the entire depth of Lot 42 on that plat entitled "Moulton Plat of House Lots Situated in No. Providence, R.I.- belonging to- Joseph A. Brown and Son Surveyed and Platted by J.A. Latham Nov. 1887." which plat is recorded in the office of the Town Clerk of the Town of North Providence on Plat Card 14.

```
DOC NO:   00008575
BOOK   2932 PAGE   200
```

12-17717

DOC NO: 00008575
BOOK 2932 PAGE 201

## AFFIDAVIT OF SALE

Re: Property: 42 Top Hill Road, North Providence, RI 02904
    Mortgagor(s): Sandra A. Sanchez
    Mortgagee: Wells Fargo Bank, N.A.
    Mortgage: Book 2777 at Page 258 in the North Providence Land Evidence Records

I, Peter A. Lawton, after first being duly sworn, hereby state under oath and under the penalties of perjury as follows:

I am an attorney at law licensed to practice by the Supreme Court of the State of Rhode Island, with offices located at 275 West Natick Road, Suite 500, Warwick, Rhode Island. I represented Wells Fargo Bank, N.A. in connection with the foreclosure of the Mortgage and the sale of certain real estate described in the Mortgage. My duties include the monitoring of mortgage accounts relative to delinquency, receipt of payments, reinstatement of a mortgage and other duties relative thereto. I have personal knowledge of the facts set forth herein, based on a review of the relevant business records which are maintained in the ordinary course of business, concerning the Property.

I certify that after the expiration of at least forty-six (46) days from October 1, 2013, the date of mailing of the notice required by R.I.G.L § 34-27-3.1, in accordance with the terms of said mortgage and pursuant to R.I.G.L § 34-11-22 and § 34-27-4, as amended, and with the authority of the holder of the Mortgage, I caused to be mailed by regular mail and certified mail, return receipt requested, postage prepaid on November 20, 2013, addressed to the Mortgagor at the address of said real estate and, if different, at the last known address of the Mortgagor on the records of the Mortgagee, and the Mortgagor's address listed with the Office of the Tax Assessor for the Town of North Providence, notice of time and place of said sale, not less than 30 (thirty) days prior to the date of the publication of said notice. Said notice included a copy of R.I.G.L § 34-27-4(d), printed in 12 point type, along with the notice set forth in and required by RIGL § 34-27-4(c), printed in 14 point type.

12-17717

I caused to be published on December 20, 2013, December 27, 2013 and January 3, 2014, notice of sale in the **Providence Journal** (the "Newspaper"), a public newspaper published in the City/Town of Providence, County of Providence, State of Rhode Island in accordance with the provisions of the Mortgage, the following being a true copy of said notice:

> NOTICE OF
> MORTGAGEE'S SALE
> 42 Top Hill Road
> North Providence,
> Rhode Island
> Assessor's Plat 1
> Lots 296, 330 and 331
> Will be sold, subject to any and all prior liens and encumbrances, at public auction on January 10, 2014 at 10:00 AM Local Time, on the premises by virtue of the Power of Sale contained in the certain Mortgage Deed made and executed by Sandra A. Sanchez dated March 30, 2012 and recorded in Book 2777 at Page 258, et seq. with the Records of Land Evidence of the City of North Providence, County of Providence, State of Rhode Island, the conditions of said Mortgage Deed having been broken.
> FIVE THOUSAND DOLLARS ($5,000.00) down payment in cash, bank check or certified check at time of sale; other terms will be announced at time of sale.
> Marinosci Law Group, P.C.
> 275 West Natick Road,
> Suite 500
> Warwick, RI 02886
> Attorney for the present Holder of the Mortgage
> MLG File # 12-17717
> A-4429875 12/20/2013, 12/27/2013, 01/03/2014

I caused to be mailed by regular mail and certified mail, return receipt requested, postage prepaid, notice of the time and place of said sale addressed to all persons who had any recorded mortgage, attachment, lien or any other encumbrance relating to the real estate which was foreclosed, at the address listed in the recorded instruments which created said interests and recorded at least twenty-nine (29) days prior to the date of sale.

12-17717

And I further on oath say that at the auction sale on January 10, 2014, pursuant to said notice of sale at the time and place therein appointed, Mortgagee sold the mortgaged premises at public auction to the highest bidder, for **ONE HUNDRED FORTY-SEVEN THOUSAND NINE HUNDRED AND 00/100 DOLLARS ($147,900.00)**, said auction having been conducted by Nelson Jenkins, a licensed auctioneer.

I further make affidavit and say that I am familiar with the contents of the Servicemembers Civil Relief Act and that to the best of my knowledge, information, and belief, neither the Mortgagor(s), borrower(s), nor any other person(s) having an ownership interest of record in the Property, was a "person" in the "Military Service" of the United State of America as those terms are defined in the Servicemembers Civil Relief Act, at the time of the commencement of the foreclosure proceedings, at the time of the foreclosure sale, or at any time within the period of one (1) year immediately preceding the foreclosure sale.

_____
Peter A. Lawton, Esq.

State of Rhode Island
County of Kent

Subscribed and sworn to in Warwick this ___7___ day of ___April___, 2014.

_____
Notary Public
Printed Name: GREGORY BOTELHO
My Commission Expires: NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES 12/8/2016

DOC NO: 00008575
BOOK 2932 PAGE 203

12-17717